# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| SHAWNA BLISS,          ) <br>     Plaintiff           ) <br>                          ) <br>       v.             ) <br>                          ) <br> THE CITY OF PITTSFIELD, ET AL.,   ) <br>     Defendants      ) | CIVIL ACTION <br> NO. 3:12-cv-30166-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants The City of Pittsfield, et al, against the plaintiff Shawna Bliss, pursuant to the court's memorandum and order entered this date, granting the defendants motion to dismiss.

                                                **ROBERT M. FARRELL**, <br>
                                                ACTING CLERK OF COURT

Dated: September 30, 2013          /s/ *Maurice G. Lindsay* <br>
                                           Maurice G. Lindsay <br>
                                           Deputy Clerk

(Civil Judgment (Routine) 7.wpd - 11/98) <br>
     [jgm.]